UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

ALEXANDER W. JENKINS,

        Petitioner,

        v.                                                Case No. 06-C-0746

WISCONSIN DEPARTMENT
OF CORRECTIONS,

        Respondent.

_____

## ORDER

The court adopts United States Magistrate Judge Aaron E. Goodstein's July 20, 2006 Recommendation. No objections have been filed within ten days of service of the recommendation. *See* General Local Rule 72.3.

Accordingly,

**IT IS ORDERED** that the July 19, 2006 recommendation be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the action be and the same is hereby **DISMISSED** without prejudice so that Jenkins may begin to exhaust his state court remedies.

The clerk of court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this  10th  day of August, 2006.

                                                  BY THE COURT:

                                                   s/ J. P. Stadtmueller
                                                  J. P. Stadtmueller
                                                  U.S. District Judge